UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Segundo I., | Case No. 26-CV-0234 (PJS/ECW) |
| Petitioner, | |
| v. | **ORDER** |
| Pamela Bondi, *Attorney General*; Kristi Noem, *Secretary, U.S. Department of Homeland Security*; Todd M. Lyons, *Acting Director of Immigration and Customs Enforcement*; David Easterwood, *Acting Director, St. Paul Field Office Immigration and Customs Enforcement*; Ryan Shea, *Freeborn County Sheriff*; and Mike Stasko, *Jail Administrator, Freeborn County Adult Detention Center*, | |
| Respondents. | |

---

IT IS HEREBY ORDERED THAT:

1. Respondents are directed to file an answer to the petition for a writ of habeas corpus of petitioner Segundo I. by no later than January 15, 2026, certifying the true cause and proper duration of Petitioner's confinement and showing cause why the writ should not be granted in this case.

2. Respondents' answer should include:

    a. Such affidavits and exhibits as are needed to establish the lawfulness and correct duration of Petitioner's detention in light of the issues raised in the habeas petition;

1

    b.    A reasoned memorandum of law and fact explaining respondents' legal position on Petitioner's claims;

    c.    Respondents' recommendation on whether an evidentiary hearing should be conducted; and

    d.    Respondents' view as to whether—and if so, why—this matter is materially distinguishable, either factually or legally, from *Santos M.C. v. Olson*, No. 25-CV-4264 (PJS/DJF), 2025 WL 3281787 (D. Minn. Nov. 25, 2025).

3.    If Petitioner intends to file a reply to respondents' answer, he must do so by no later than January 16, 2026. Thereafter, no further submissions from either party will be permitted, except as authorized by Court order.

Dated: January 14, 2026                        *s/Elizabeth Cowan Wright*
                                                      Elizabeth Cowan Wright
                                                      United States Magistrate Judge