UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

SEGUNDO I.,                                                    Case No. 26-CV-0234 (PJS/ECW)

      Petitioner,

v.                                                                               ORDER

PAMELA BONDI, Attorney General;
KRISTI NOEM, Secretary, U.S.
Department of Homeland Security;
TODD M. LYONS, Acting Director of
Immigration and Customs Enforcement;
DAVID EASTERWOOD, Acting Director,
St. Paul Field Office, Immigration and
Customs Enforcement; RYAN SHEA,
Freeborn County Sheriff; MIKE STASKO,
Jail Administrator, Freeborn County
Adult Detention Center,

      Respondents.

IT IS HEREBY ORDERED THAT respondents are ENJOINED from moving petitioner outside of Minnesota until further order of the Court, so that petitioner may consult with counsel while the Court is considering the petition, and so that there is no risk that removal of petitioner from Minnesota will deprive this Court of jurisdiction over the petition. If petitioner has already been removed from Minnesota, respondents are ORDERED to immediately return petitioner to Minnesota.

Dated:  January 15, 2026, at 11:22 a.m.    /s/ Patrick J. Schiltz                   
                                                                Patrick J. Schiltz, Chief Judge  
                                                                United States District Court