# UNITED STATES DISTRICT COURT
## District of Minnesota

Segundo Eduardo Inga Capito,

Petitioner,

v.

Pamela Bondi, Kristi Noem, Todd M. Lyons, David Easterwood, Ryan Shea, Mike Stasko,

Respondents,

## JUDGMENT IN A CIVIL CASE

Case Number: 26cv234 PJS/ECW

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Petitioner's petition for habeas corpus [ECF No. 1] is GRANTED.
2. The Court DECLARES that petitioner is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2).
3. Respondents must release petitioner from custody immediately.
4. The remainder of petitioner's petition is DENIED WITHOUT PREJUDICE.

Date: 1/17/26

KATE M. FOGARTY, CLERK