UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

SEGUNDO I.,

          Petitioner,

v.

PAMELA BONDI, Attorney General; KRISTI
NOEM, Secretary, U.S. Department of
Homeland Security; TODD M. LYONS,
Acting Director of Immigration and Customs
Enforcement; DAVID EASTERWOOD,
Acting Director, St. Paul Field Office,
Immigration and Customs Enforcement;
RYAN SHEA, Freeborn County Sheriff;
MIKE STASKO, Jail Administrator, Freeborn
County Adult Detention Center,

          Respondents.

Case No. 26-CV-0234 (PJS/ECW)

ORDER

---

IT IS HEREBY ORDERED THAT petitioner's motion to show cause [ECF No. 10] is GRANTED as follows:

1. The Court orders respondents to show cause why they have the authority to impose conditions on petitioner's release, notwithstanding their failure to take him into custody pursuant to a warrant. Respondents' brief is due on or before February 19, 2026.

2. Petitioner's reply, if any, is due on or before March 5, 2026.

Dated: January 20, 2026               /s/ Patrick J. Schiltz
                                                            Patrick J. Schiltz, Chief Judge
                                                            United States District Court